UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HENRY D.H. OLINDE, JR.

VERSUS

LOUISIANA HEALTH SERVICE &
INDEMNITY COMPANY D/B/A BLUE
CROSS BLUE SHIELD OF LOUISIANA

CIVIL ACTION

NUMBER 15-494-JWD-SCR

### OPINION

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report issued October 12, 2015 to which no objection was filed:

**IT IS ORDERED** that the Motion to Remand filed by Plaintiff Henry D.H. Olinde, Jr. is granted insofar as the plaintiff sought an order remanding the case to state court, and is denied insofar as the plaintiff sought an award of expenses.

Signed in Baton Rouge, Louisiana, on November 2, 2015.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

19th JDC-Certified